**Opinion issued August 15, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00238-CV

————————————

**MARCO ROMERO AND MICHELLE ROMERO, Appellants**

**V.**

**GLENDA NICHOLSON AND J.D. NICHOLSON, Appellees**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1081738**

---

## MEMORANDUM OPINION

Appellants, Marco Romero and Michelle Romero, have neither established indigence nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence); TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due

to appellant's fault). After being notified on April 24, 2019 that this appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal. *See* TEX. R. APP. P. 42.3(b); 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.